1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIA ROBINSON and GARY

ROBINSON,

     Plaintiffs,

    vs.

WELLS FARGO BANK, N.A., et al.,

     Defendants.

Case No.: C-11-6602-YGR

**ORDER REMANDING CASE TO STATE
COURT**

The parties have filed a Stipulation to Remand Federal Action to the State Court on February 2, 2012.  Upon consideration of the Stipulation of Plaintiffs Antonia and Gary Robinson ("Plaintiffs"), Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") and Defendant NDeX West LLC ("NDeX") by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

1.     The parties' Stipulation is APPROVED.

2.     All pending hearing dates for this matter are VACATED.

3.     This case is REMANDED to the Superior Court of California, County of Alameda, forthwith.

4.     The Clerk of this Court shall forward certified copies of this Remand Order and all docket entries to the Clerk of the Superior Court of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: February 3, 2012

**YVONNE GONZALEZ ROGERS**
**United States District Court Judge**